**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isaiah WADE, Defendant–Appellant.**

No. 10–10820
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 17, 2011.

Patricia D. Barksdale, Frank Merrill Talbot, II, U.S. Attorney's Office, Jackson-

ville, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Clyde M. Collins, Collins & Story, PA, Jacksonville, FL, Isaiah Wade, FCI Williamsburg Inmate Mail, Salters, SC, for Defendant–Appellant.

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Clyde M. Collins, Jr., appointed counsel for Isaiah Wade, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wade's conviction and sentence are **AFFIRMED**.